United States District Court
Southern District of Texas

**ENTERED**

March 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jennifer Rincon, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-1157 |
| | § | |
| Genaro James Prieto, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 25, 2026, Magistrate Judge Peter Bray recommended that the Court deny Defendant Genaro James Prieto's Application to Proceed in District Court Without Prepaying Fees or Costs. (Docket Entry No. 9). The parties were provided with notice and an opportunity to object to the magistrate judge's recommendation. No objections were filed. The Court has reviewed the recommendation and finds no error in law or fact.

The Court therefore **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion; Prieto's Application to Proceed in District Court Without Prepaying Fees or Costs (Docket Entry No. 9) is **DENIED**.

It **ORDERED** that Plaintiff, Genaro James Prieto, **SHALL** have until **April 10, 2026,** to pay **IN FULL** to the Clerk of this Court the filing fee of $405.00.

**SIGNED** at Houston, Texas, on this 17th day of March, 2026.

_____
Sim Lake
Senior United States District Judge