United States District Court
Southern District of Texas
**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jennifer Rincon, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-1157 |
| | § | |
| Genaro James Prieto, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On March 25, 2026, Magistrate Judge Peter Bray recommended that the court grant Plaintiff's Motion to Remand. (Docket Entry No. 17.) Judge Bray further recommended that the court grant Plaintiff's request for attorney's fees. Id.

The parties were provided with notice and an opportunity to object to the magistrate judge's recommendation. Defendant filed objections to the recommendation. (Docket Entry No. 15.) The objections are **OVERRULED**.

The court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." 28 U.S.C. § 636(b)(1)(C). After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.; see also Fed. R. Civ. P. 72(b)(3).

The court has reviewed the recommendation de novo and finds no error in law or fact. The court therefore **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion.

This case is **REMANDED** to the 247th Judicial District Court of Harris County, Texas. Rincon is awarded $2,200 in fees and costs.

**SIGNED** at Houston, Texas, on this the 6th day of April, 2026.

_____
Sim Lake
Senior United States District Judge